UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE R. BAKER, | CASE NO. CV 08-1134 DDP (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| D. DEXTER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 11, 2012

_____
DEAN D. PREGERSON
United States District Judge